SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

ALFREDO RAMIREZ,

        Defendant.
---------------------------------------------------X

18 Cr. 00511 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

Pursuant to the Violation of Supervised Release Hearing held today, the Court orders the defendant be released on his own signature pursuant to the stipulated bail conditions. All conditions are to be met prior to release.

Dated: New York, New York
       December 6, 2019

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge