# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**BY ECF**

May 17, 2023

Honorable Paul A. Crotty
United States District Judge
Southern District of New York

Re:  United States v. Alfredo Ramirez,
     18 Cr. 511 (PAC)

*Handwritten endorsement:* 5/22/2023 — The request is granted. BOP and MDC are directed to return any and all property as well as any commissary funds of Alfredo Ramirez. So ordered. Paul Crotty USDJ

Dear Judge Crotty,

I write on behalf of Alfredo Ramirez (Reg. No. 85912-054) to request that the Court order the Bureau of Prisons (BOP) and MDC Brooklyn to immediately return Mr. Ramirez's property and money, including the funds remaining in his inmate commissary account at the time of his release from custody.

On March 30, 2023, after Mr. Ramirez admitted violating his supervised release, this Court sentenced him to time served, with no supervised release to follow. Mr. Ramirez was released from custody that day. He had been detained in BOP custody, at the MDC Brooklyn.

Mr. Ramirez has limited resources. He has little money and is currently experiencing homelessness. When he was released from federal custody, he had funds remaining in his BOP commissary account. Because he has so little money, it was important to him for these funds to be returned as promptly as possible.

On the day of Mr. Ramirez's release, March 30, the Federal Defenders contacted MDC Brooklyn to request the return of these commissary funds. We contacted multiple individuals, including Supervisory Attorney Sophia Papapetru. Ms. Papapetru informed us that Mr. Ramirez could not retrieve these funds in person and that they would have to be mailed to him. Another

May 17, 2023
Page 2 of 2

MDC employee, Neha Khan, informed us that the money would be sent to Mr. Ramirez via the mail on April 3, 2023.

To date, these commissary funds have not been returned, despite multiple requests to the BOP. When we did not receive Mr. Ramirez's check by April 3, we followed up with the MDC. MDC personnel stated that they had "processed" Mr. Ramirez's check, but that "it can take 2-4 weeks." When we did not receive the check by April 20, we inquired again. MDC personnel said to ask again if we did not have the check by May 10th. When we did not receive the check by May 10 and asked again, MDC personnel stated, without explanation, that "it may still be another few weeks." The BOP declined to provide additional information as to why it has failed to return Mr. Ramirez's money.

Mr. Ramirez desperately needs the funds left in his MDC commissary account. It has now been approximately seven weeks since he was released from custody and the BOP has offered no explanation for its delay in returning Mr. Ramirez's money. Accordingly, we respectfully request that the Court order the BOP and MDC to return all of Mr. Ramirez's property and commissary funds immediately. These should be mailed to: Alfredo Ramirez c/o Sarah Baumgartel, Federal Defenders of New York, 52 Duane St., 10th Floor, NY, NY 10007.[1]

Thank you for consideration of this request.

Sincerely,
/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
Tel: (212) 417-8772
Sarah_Baumgartel@fd.org

cc:   Sophia Papapetru, MDC Brooklyn (by email)

---

[1] Because of Mr. Ramirez's housing situation, he has asked that the check and any other property be mailed to his counsel's office.