

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2023

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 14C
New York, New York 10007

Re:   *United States v. Alfredo Ramirez*, No. 18 Cr. 511 (PAC)

Dear Judge Crotty:

The Government writes to provide an update to its June 16, 2023 letter regarding the return of Ramirez's commissary funds. A representative from the Metropolitan Detention Center ("MDC") has reported the following information to the Government:

- Yesterday, on June 20, 2023, the MDC requested that a new check in the amount of $440.00 be issued to Ramirez and be mailed to his attorney, Sarah Baumgartel, Esq. Attached hereto as Exhibit A is a transaction report provided by the MDC reflecting its request that the check be issued.[1]

- The check itself must be issued by the United States Treasury. The standard time frame in which MDC inmates typically receive checks issued by the United States Treasury is two to four weeks after the date on which the MDC requests that the check be issued. MDC personnel do not have insight into the reason for this time frame.

6/23/2023
Contents noted. This matter has been resolved. SO ORDERED.

*Paul A. Crotty*

---

[1] Certain identifying information of MDC personnel has been redacted from Exhibit A.